Elizabeth Bleecker, Respondent, v. William Rutger Bleecker, Appellant, Mary E. Hamlin, Appellant.— Interlocutory judgment unanimously affirmed, with costs.

Andrew Barber and Catherine Barber, Respondents, v. Joseph Farone and Mell Farone, Appellants.— Judgment and order unanimously affirmed, with costs.

Jacob Bennett, Appellant, v. John Leach, Respondent.— Judgment unanimously affirmed, with costs.